# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:08-CR-701 CAS |
| STEVEN A. MUELLER, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On December 30, 2009, Judge Noce filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant Mueller's Motion to Suppress Evidence and Statements be denied.

Defendant filed general objections to the Magistrate Judge's Report and Recommendation on January 13, 2010. Defendant objected to "each and every adverse ruling, decision, finding and order contained in" the Report and Recommendation and incorporated by reference his pretrial motions and the arguments and objections made at the hearing on the motion. Defendant asserts there is no evidence to support the Magistrate Judge's recommendation that all statements taken from defendant did not violate the Fifth Amendment, or to support the conclusion that the defendant's statements to law enforcement officials were voluntary.

The Court has carefully and independently reviewed the full record, and has listened to a recording of the evidentiary hearing held in this matter on November 3, 2009. The Court is in full

agreement with facts as recited by the Magistrate Judge and the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Mueller are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 154]

**IT IS FURTHER ORDERED** that defendant Mueller's Motion to Suppress Evidence and Statements is **DENIED**. [Doc. 113]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   8th   day of February, 2010.