IN THE UNITED STATES APPEALS COURT

FOR THE EIGHTH CIRCUIT

STEVEN MUELLER                    ,        CASE # 4:08cr

PETITIONER,

VS.

United States of America         ,

                                  ,        JUDGE :

                    RESPONDENT(S).

MOTION TO COMPEL

RECEIVED
SEP 04 2012
BY MAIL

Inthat Petitioner above moves this Court to compel an employee of a United States entity, named below, and directs that person/entity to perform a described duty owed the Petitioner in the time allotted.

That duty owed Petitioner is;

The trial transcripts, translated, in full, sent to the Petitioner for his Appeal needs. Many letters have been written, but none responded to. This delays his Due Process rights.

The Person(s)/Entity(s) owing that duty is/are;

| Court Reporter | Court Clerk |
| --- | --- |
| US District Court | US District Court |
| 111 South 10th Street, Suite 3300 | 111 South 10th Street, Suite 3300 |
| St. Louis, MO. 63102 | St. Louis, MO. 63102 |

This duty described above is due within thirty (30) days of receipt of this order by the Court.

I, Steven Mueller                hereby certify under penalty of perjury pursuant to Title 28 U.S.C. §1746 the above true and correct.

August 22, 2012                          /s/ Steven Mueller

DATED :                                  PETITIONER'S SIGNATURE

RECEIVED
AUG 31 2012
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

STEVEN MUELLER
REG. #36154-044
United States Pennitentiary
Victorville, FCC
Po Box 3900
Adelanto, Cal. 92301

LEGAL MAIL

SAN BERNARDINO CA 923
26 AUG 2012 PM 4 L



CHIEF JUDGE - **CHAMBERS ONLY**
US Appeal Court
111 South 10th Street
Room 24.329
St. Louis, MO. 63102-1110

RECEIVED
SEP 04 2012
BY MAIL

6310211259 9

AUG 2 8 REC'D

Date:

**Federal Correctional Complex**
C/O Mail Room
P.O. Box 5400
**Adelanto, CA 92301**

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."